# JS-6

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ELIAS M. SALAZAR LOPEZ, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>MERCEDES-BENZ USA LLC, a Delaware Limited Liability Company,<br><br>Defendants. | Case No: 2:23-CV-03139-AB-BFM<br><br>*District Judge: Andre Birote Jr.*<br>*Magistrate Judge: Brianna Fuller Mircheff*<br><br>**[~~PROPOSED~~] ORDER OF DISMISSAL** |

Based on the stipulation of the parties, and good cause appearing therefore, the stipulation is approved. The entire action, including all claims and counterclaims stated herein against all parties, is hereby **ORDERED** dismissed with prejudice, each side to bear its own costs and attorney's fees.

**IT IS SO ORDERED.**

DATE: November 13, 2023        By: _____
                                                    U.S. DISTRICT COURT JUDGE